UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In Re:

PENNY S. SHCOENKE

    Debtor.

Case No. 21-21051-GMH
Chapter 7

---

PENNY S. SCHOENKE,

    Plaintiff,

v.

NAVIENT SOLUTIONS, LLC and
U.S. DEPARTMENT OF EDUCATION,

    Defendants.

Adversary No. 21-02032-GMH

---

## STIPULATION DISMISSING ADVERSARY COMPLAINT

The parties, by and through their respective undersigned attorneys, stipulate to the dismissal of this adversary proceeding without prejudice and without costs to either party.

Dated at Milwaukee, Wisconsin, this 7th day of June, 2021.

                              Respectfully submitted,

                              RICHARD G. FROHLING
                              Acting United States Attorney

By:       *s/Carter B. Stewart*

                              CARTER B. STEWART
                              Assistant United States Attorney
                              Wisconsin State Bar No. 1117543
                              530 Federal Building
                              517 East Wisconsin Avenue
                              Milwaukee, Wisconsin 53202
                              Phone: (414) 297-1700

Fax: (414)-297-4394  
E-Mail: carter.stewart@usdoj.gov

By: _____  
Timothy Helbing  
Helbing Law Offices  
Wisconsin State Bar No. 1037603  
477 S. Nicolet Road, Suite 8  
Appleton, WI 54914  
Phone: (920) 955-3642  
Fax (920) 955-3642  
tjh@helbinglaw.com